**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emmanuel Peterson<br>Heather Peterson<br><br>                Debtors | BK NO. 16-05243 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Harley-Davidson Credit Corp, and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C Warmbrodt**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734
                                          Attorney for Movant/Applicant