```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 16-05243-RNO
Emmanuel Peterson                                                  Chapter 13
Heather Peterson
          Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 2              Date Rcvd: Feb 08, 2017
                              Form ID: ntnew341          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db/jdb         +Emmanuel Peterson,    Heather Peterson,    23 Harvest Mill Lane,    Palmyra, PA 17078-8767
cr             +ESSA Bank & Trust,    1065 Highway 315,    Cross Creek Pointe,    Wilkes-Barre, PA 18702-6941
cr             +U.S. Bank, National Association, Trustee for Penns,    211 North Front Street,
                 Harrisburg, PA 17101-1406
4869985        +AmeriCredit/GM Financial,    PO Box 183583,   Arlington, TX 76096-3583
4871337        +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4869989       ++CHAPMAN FINANCIAL SERVICES,    PO BOX 7100,   COEUR D ALENE ID 83816-1940
               (address filed with court: Chapmanfinsr,    PO Box 14693,    Spokane, WA 99214)
4869986        +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
4869987        +Capital One Bank USA, N.A.,    c/o Midland Funding,   2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
4869988        +Cbs Col Padu,    PO Box 9200,   100 Fulton Ct,    Paducah, KY 42001-9004
4869990        +Comenity Capital/Game Stop,    PO Box 182125,    Columbus, OH 43218-2125
4873450        +ESSA Bank & Trust,    126 South Main Street,    Pittston, PA 18640-1739
4869994       ++FAMSA INC,    P O BOX 36929,   HOUSTON TX 77236-6929
               (address filed with court: Famsa Inc,    2727 Lbj Fwy Ste 500,    Dallas, TX 75234)
4869996        +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
4869997        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4869999        +HSBC Guitar Center,    c/o Fisher & Burns Financi,    515 Cabrillo Park Dr Ste,
                 Santa Ana, CA 92701-5016
4874513        +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
4873449        +John Fisher,    126 South Main Street,    Pittston, PA 18640-1741
4870002        +Omni Financial Of Texa,    Po Box 31117,   El Paso, TX 79931-0117
4869983         PA Department of Revenue,     Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
4870004        +Penn State Hershey,    c/o National Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036
4870005        +Pioneer/Mid Country Bank,    PO Box 10487,   Kansas City, MO 64171-0487
4870006        +Procollect, Inc,    12170 N Abrams Roa,    Dallas, TX 75243-4579
4870008        +US Bank National Association,    c/o Leon Haller, Esquire,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
4870009        +Wells Fargo Bank,    MAC F8235-02F,    PO Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4869984        +E-mail/Text: bankruptcy@rentacenter.com Feb 08 2017 19:11:34      Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
4869991        +E-mail/Text: creditonebknotifications@resurgent.com Feb 08 2017 19:10:46       Credit One Bank Na,
                 PO Box 98873,   Las Vegas, NV 89193-8873
4869992        +E-mail/Text: collectfax@essabank.com Feb 08 2017 19:11:22      Essa Bank And Trust,    PO Box L,
                 Stroudsburg, PA 18360-0160
4869995        +E-mail/Text: bnc-bluestem@quantum3group.com Feb 08 2017 19:11:26      Fingerhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
4869998        +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 08 2017 19:11:28      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
4869982         E-mail/Text: cio.bncmail@irs.gov Feb 08 2017 19:10:51      Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
4870000        +E-mail/Text: bkr@cardworks.com Feb 08 2017 19:10:43      Merrick Bank/Geico Card,    PO Box 23356,
                 Pittsburgh, PA 15222-6356
4870003        +E-mail/PDF: cbp@onemainfinancial.com Feb 08 2017 19:08:32      One Main Financial,
                 4712 Penn Highway,    Sinking Spring, PA 19608-9672
4879928         E-mail/Text: bnc-quantum@quantum3group.com Feb 08 2017 19:11:00
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
4870007        +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 19:08:08      Synchrony Bank/Walmart,
                 PO Box 965064,   Orlando, FL 32896-5064
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4870001          no name on CR Liability
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4872831*       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4869993*      ++FAMSA INC,    P O BOX 36929,   HOUSTON TX 77236-6929
               (address filed with court: Famsa Inc,    PO Box 36929,   Houston, TX 77236)
                                                                                    TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Joint Debtor Heather   Peterson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inoruptcy.com;carol.shay@ecf.inoruptcy.com;sharlene.miller@ecf.inoruptcy.com;b
           ernadette.davis@ecf.inoruptcy.com;gary.j.imblum@ecf.inoruptcy.com
          Gary J Imblum    on behalf of Debtor Emmanuel   Peterson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inoruptcy.com;carol.shay@ecf.inoruptcy.com;sharlene.miller@ecf.inoruptcy.com;b
           ernadette.davis@ecf.inoruptcy.com;gary.j.imblum@ecf.inoruptcy.com
          James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          John   Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Leon P Haller    on behalf of Creditor    U.S. Bank, National Association, Trustee for Pennsylvania
            Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 7
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Emmanuel Peterson
Heather Peterson

Debtor(s)

Chapter 13

Case No. 1:16−bk−05243−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 2, 2017 <br> Time: 10:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: TWilson

Date: February 8, 2017