# Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Wednesday, February 22, 2017 4:09 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Emmanuel Peterson, Case Number: 16-05243, RNO, Ref: [p-104899298] |
| **Attachments:** | R_P11605243ntnew3410077.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

February 22, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Emmanuel Peterson, Case Number 16-05243, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**Ronald Reagan Federal Building**</u>
<u>**PO Box 908**</u>
<u>**Harrisburg, PA 17108**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

HSBC Guitar Center
c/o Fisher & Burns Financi
515 Cabrillo Park Dr Ste
Santa Ana, CA 92701-5016

THE UPDATED ADDRESS IS:
3419 E. Chapman Ave #500
Orange CA 92869

_[signature]_        2-23-17

Signature of Debtor or Debtor's Attorney      Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

---

Total Control Panel      Login

To: gary.imblum@imblumlaw.com
From: usbankruptcycourts@noticingcenter.com

Message Score: 1
My Spam Blocking Level: Low

Block this sender
Block noticingcenter.com

High (60): Pass
Medium (75): Pass
Low (90): Pass

_This message was delivered because the content filter score did not exceed your filter level._

2/23/2017
Case 1:16-bk-05243-RNO   Doc 23   Filed 02/24/17   Entered 02/24/17 10:25:12   Desc
Main Document   Page 2 of 2