```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 16-05243-RNO
Emmanuel Peterson                                         Chapter 13
Heather Peterson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1      User: TWilson         Page 1 of 2          Date Rcvd: Mar 07, 2017
                         Form ID: ntcnfhrg      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.

```
db/jdb   +Emmanuel Peterson,   Heather Peterson,   23 Harvest Mill Lane,   Palmyra, PA 17078-8767
cr       +ESSA Bank & Trust,   1065 Highway 315,   Cross Creek Pointe,   Wilkes-Barre, PA 18702-6941
cr       +U.S. Bank, National Association, Trustee for Penns,   211 North Front Street,
          Harrisburg, PA 17101-1406
4869985  +AmeriCredit/GM Financial,   PO Box 183583,   Arlington, TX 76096-3583
4871337  +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
          Arlington, TX 76096-3853
4869989  ++CHAPMAN FINANCIAL SERVICES,   PO BOX 7100,   COEUR D ALENE ID 83816-1940
          (address filed with court: Chapmanfinsr,   PO Box 14693,   Spokane, WA 99214)
4869986  +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
4869987  +Capital One Bank USA, N.A.,   c/o Midland Funding,   2365 Northside Drive, Suite 300,
          San Diego, CA 92108-2709
4869988  +Cbs Col Padu,   PO Box 9200,   100 Fulton Ct,   Paducah, KY 42001-9004
4869990  +Comenity Capital/Game Stop,   PO Box 182125,   Columbus, OH 43218-2125
4873450  +ESSA Bank & Trust,   126 South Main Street,   Pittston, PA 18640-1739
4869994  ++FAMSA INC,   P O BOX 36929,   HOUSTON TX 77236-6929
          (address filed with court: Famsa Inc,   2727 Lbj Fwy Ste 500,   Dallas, TX 75234)
4869996  +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
          Omaha, NE 68102-1593
4869997  +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
4869999  +HSBC Guitar Center,   c/o Fisher & Burns Financi,   3419 E. Chapman Ave 500,
          Orange, CA 92869-3812
4874513  +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
4873449  +John Fisher,   126 South Main Street,   Pittston, PA 18640-1741
4870002  +Omni Financial Of Texa,   Po Box 31117,   El Paso, TX 79931-0117
4869983   PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
          Harrisburg, PA 17128-0431
4870004  +Penn State Hershey,   c/o National Recovery Agency,   2491 Paxton Street,
          Harrisburg, PA 17111-1036
4870005  +Pioneer/Mid Country Bank,   PO Box 10487,   Kansas City, MO 64171-0487
4870006  +Procollect, Inc,   12170 N Abrams Roa,   Dallas, TX 75243-4579
4870008  +US Bank National Association,   c/o Leon Haller, Esquire,   1719 North Front Street,
          Harrisburg, PA 17102-2305
4870009  +Wells Fargo Bank,   MAC F8235-02F,   PO Box 10438,   Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4869984  +E-mail/Text: bankruptcy@rentacenter.com Mar 07 2017 19:20:04    Acceptance Now,
          5501 Headquarters Drive,   Plano, TX 75024-5837
4869991  +E-mail/Text: creditonebknotifications@resurgent.com Mar 07 2017 19:18:54    Credit One Bank Na,
          PO Box 98873,   Las Vegas, NV 89193-8873
4869992  +E-mail/Text: collectfax@essabank.com Mar 07 2017 19:19:50    Essa Bank And Trust,   PO Box L,
          Stroudsburg, PA 18360-0160
4869995  +E-mail/Text: bnc-bluestem@quantum3group.com Mar 07 2017 19:19:54    Fingerhut,
          6250 Ridgewood Road,   St Cloud, MN 56303-0820
4869998  +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 07 2017 19:19:57    Harley Davidson Financial,
          Attention: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
4869982   E-mail/Text: cio.bncmail@irs.gov Mar 07 2017 19:19:03    Internal Revenue Service,   POB 7346,
          Philadelphia, PA 19101-7346
4885006   E-mail/Text: bkr@cardworks.com Mar 07 2017 19:18:48    MERRICK BANK,
          Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
4870000  +E-mail/Text: bkr@cardworks.com Mar 07 2017 19:18:48    Merrick Bank/Geico Card,   PO Box 23356,
          Pittsburgh, PA 15222-6356
4889698   E-mail/PDF: cbp@onemainfinancial.com Mar 07 2017 19:23:47    ONEMAIN,   PO BOX 3251,
          EVANSVILLE, IN. 47731-3251
4870003  +E-mail/PDF: cbp@onemainfinancial.com Mar 07 2017 19:23:47    One Main Financial,
          4712 Penn Highway,   Sinking Spring, PA 19608-9672
4879928   E-mail/Text: bnc-quantum@quantum3group.com Mar 07 2017 19:19:17
          Quantum3 Group LLC as agent for,   JH Portfolio Debt Equities LLC,   PO Box 788,
          Kirkland, WA 98083-0788
4870007  +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 19:23:45    Synchrony Bank/Walmart,
          PO Box 965064,   Orlando, FL 32896-5064
                                                                         TOTAL: 12
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4870001   no name on CR Liability
cr*      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
          Arlington, TX 76096-3853
4872831* +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
          Arlington, TX 76096-3853
4869993* ++FAMSA INC,   P O BOX 36929,   HOUSTON TX 77236-6929
          (address filed with court: Famsa Inc,   PO Box 36929,   Houston, TX 77236)
                                                            TOTALS: 1, * 3, ## 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Heather  Peterson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Emmanuel  Peterson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Leon P Haller    on behalf of Creditor   U.S. Bank, National Association, Trustee for Pennsylvania
               Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Emmanuel Peterson
Heather Peterson

Chapter     13

Case No.     1:16−bk−05243−RNO

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **April 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017 <br><br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: TWilson |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 7, 2017 |