# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 18, 2017

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

     RE:   Emmanuel & Heather Peterson
            Chapter 13, Bankruptcy Case No. 1:16-bk-05243

Dear Clerk:

     Please be advised that the address for Emmanuel & Heather Peterson has changed to the following:

23 Harvest Mill Lane
Palmyra, PA 17078

The Debtors <u>previous</u> address was as follows:

906 Meadowood Circle
Lebanon, PA 17042

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc:   Charles J. DeHart, III (Trustee)
     Via E-Service