```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-05243-HWV
Emmanuel Peterson                                                   Chapter 13
Heather Peterson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 1          Date Rcvd: Jan 17, 2018
                              Form ID: pdf010        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db/jdb         +Emmanuel Peterson,   Heather Peterson,   23 Harvest Mill Lane,   Palmyra, PA 17078-8767
               +Valerie Smith, Bankruptcy Representative,   Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541-1067
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 19:06:02
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Heather  Peterson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Emmanuel  Peterson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Leon P Haller    on behalf of Creditor   U.S. Bank, National Association, Trustee for Pennsylvania
                Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| EMMANUEL PETERSON | : | CASE NO. 1-16-05243-HWV |
| HEATHER PETERSON | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| EMMANUEL PETERSON | : | |
| HEATHER PETERSON | : | |
| Objectants | : | |
| | : | |
| vs. | : | |
| | : | |
| PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC | : | |
| Claimant | : | |

## ORDER

In consideration of Debtors Objection to Proof of Claim of the Portfolio Recovery Associates, LLC, claim number 17;

**IT IS HEREBY ORDERED AND DECREED**, that the above Claim is disallowed in its entirety.

By the Court,

_Henry W. Van Eck, Bankruptcy Judge_
(KB)

Dated: January 17, 2018