```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 16-05243-HWV
Emmanuel Peterson                                               Chapter 13
Heather Peterson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: TWilson            Page 1 of 1            Date Rcvd: Jul 27, 2018
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb        +Emmanuel Peterson,    Heather Peterson,   23 Harvest Mill Lane,   Palmyra, PA 17078-8767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Heather  Peterson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Emmanuel  Peterson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Leon P Haller    on behalf of Creditor   U.S. Bank, National Association, Trustee for Pennsylvania
                Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE :
EMMANUEL PETERSON : CASE NO.: 1:16-bk-05243-HWV
HEATHER PETERSON :
       Debtors : CHAPTER 13

## ORDER

Upon consideration of the Motion to Suspend Payments;

**IT IS HEREBY ORDERED AND DECREED** that the Debtors' payments under the Chapter 13 Plan are hereby reduced from one thousand six hundred dollars and zero cents ($1,600.00) per month to zero dollars ($0.00) for three (3) months for June, July and August 2018, and permitting the remainder of the payment to be made in a lump sum at the end of the Chapter 13 Plan.

Dated: July 27, 2018      By the Court,

                                                       Henry W. Van Eck, Bankruptcy Judge (LS)