# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
JeffreyL. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 2, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Emmanuel Peterson and Heather Peterson
Chapter 13, Bankruptcy Case No. 1:16-bk-05243 RNO

Dear Clerk:

Please be advised that the address for Cathy Beare has changed to the following:

960 Fir Street
Palmyra, PA 17078

The Debtors previous address was as follows:

23 Havest Mill Lane
Palmyra, PA 17078

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service