# IMBLUM LAW OFFICES, P.C.

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 6, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Emmanuel & Heather Peterson
Chapter 13 Bankruptcy Case No. 1-16-05243

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

OMNI FINANCIAL OF TEXAS
PO BOX 1811
NEW ROCHELLE NY 10802-1811

The Creditor's <u>previous</u> address was as follows:

OMNI FINANCIAL OF TEXAS
PO BOX 31117
EL PASO TX 79931-0117

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm