# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 18, 2019

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Emmanuel & Heather Peterson
Chapter 13, Bankruptcy Case No. 1:16-bk-05243 HWV

Dear Clerk:

Please be advised that the address for Emmanuel & Heather Peterson has changed to the following:

2825 SW Pierson Road
Port St. Lucie, FL 34953

The Debtor's <u>previous</u> address was as follows:

960 Fir Street
Palmyra, PA 17078

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service